stay denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

CHARLES DRAWERT, Respondent, v. WILLIAM NEUMANN and PAUL NEUMANN, Copartners, etc., and THE CITY OF NEW YORK, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Probate of the Last Will and Testament of MARGARET ANN LIPSETT, Deceased. JOSEPH LIPSETT and IDA TICE GROOMES, Appellants; LILA WELLER MORSE, as Executrix Named in the Last Will and Testament of MARGARET ANN LIPSETT, Deceased, Respondent.— Motion to resettle order denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Petition of JACOB ROSENBERG and Others, Respondents, to Compel MORTON ROSENBERG and DOROTHY ROSENBERG HYAMS, as Executors of and Trustees under the Last Will and Testament of CHARLES ROSENBERG, Deceased, Appellants, to Make Distribution on Account of Income.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

LONG ISLAND LAUNDERERS, INC., Respondent, v. CALVIN PRINCE and JOHN BEYL, Appellants.— Motion for reargument or for resettlement of order denied, with ten dollars costs. It was the intention of this court* to modify the order denying confirmation of the report of the referee only to the extent of providing that each appellant be allowed the sum of $100 for counsel fees, which were necessary, " principally in consequence of the injunction." ( Newton v. Russell, 87 N. Y. 527, 531.) In all other respects, including the expenses of the reference as taxed against defendants by the court below, the order was affirmed. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

FRANK PELCYGER, Appellant, v. GOLDBROWN BUILDING CORPORATION and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

SARAH M. PELCYGER, Appellant, v. EAST TWENTY-SEVENTH STREET REALTY CORPORATION and Others, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

AUGUSTINE POTTER, Appellant, v. MORRIS DIAMOND and Others, Respondents, and ADRIAN M. POTTER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

CHARLES T. SCHUBERT, Respondent, v. L. I. WALDMAN & Co., INC., Appellant, and THE CITY OF NEW YORK, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

HAROLD BEDFORD, Respondent, v. DYER-KANE COMPANY and Others, Defendants, and GLOBE INDEMNITY COMPANY, Appellant.— Judgment unanimously

---

* See ante, p. 816.— [REP.